**Order entered May 8, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00518-CV

## IN RE LIZA WILDMAN, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-02529-2018**

## ORDER
Before Justices Brown, Schenck, and Reichek

Before the Court is relator's "Motion to Remove Case from the Trial Docket." We

**DENY** the motion.

/s/      DAVID J. SCHENCK
         JUSTICE